IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| C'LINA SABILLON, *individually and on behalf of all others similarly situated*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:17-CV-278-RP-JCM |
| QUALIA COLLECTION SERVICES, | § § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is the above-entitled cause of action. On this day, the Court considered Plaintiff's Stipulation of Dismissal. (Dkt. 9). Having done so, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS, ADJUDGES, and DECREES** that the motion is **GRANTED** and that the case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all costs shall be taxed to the party incurring the same.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on March 7, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE